**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

<table>
<tr><td>In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION</td><td>Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570</td></tr>
</table>

This Document Relates to:

Barbara Pooley

Civil Case # 1:20-cv-00780-RLY-TAB

**NOTICE OF SUGGESTION OF DEATH**

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Barbara Pooley, who died on or about November 27, 2022.

Dated: January 12, 2026

Respectfully Submitted,

*/s/ Christina E. Mancuso*
Christina E. Mancuso, Esq.
TX Bar No. 12891400
901 Main Street Suite 5900
Dallas, Texas 75202
Tel: (214) 276-7680
Fax: (214) 276-7699
cmancuso@sgptrial.com

***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Christina E. Mancuso*
Christina E. Mancuso, Esq.