**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND TAB  PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-MDL No. 2570

---

This Document Relates to the Following:

BARBARA POOLEY
Civil Case #1:20-cv-00780-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW, Steven Pooley, surviving spouse of Plaintiff-decedent Barbara Pooley, and files this motion to substitute. Steven Pooley is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1.      Plaintiff Barbara Pooley filed her Short Form Complaint in the United State District Court for the Southern District of Indiana on March 10, 2020.

2.      Plaintiff Barbara Pooley died on or about October 27, 2022.

3.      On January 12, 2026, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 27. Plaintiff's counsel recently learned of the death of Barbara Pooley after contacting her spouse.

4.      Steven Pooley, surviving spouse of Barbara Pooley, is the proper party plaintiff to substitute for Plaintiff-decedent Barbara Pooley and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R.

1

Civ. P. 25(a)(1), "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5.    Plaintiff thus moves to substitute Steven Pooley, as Successor in Interest of the Estate of Barbara Pooley, Deceased, as Plaintiff in the present action.

6.    Plaintiff also moves to amend the complaint, as well as the caption of the complaint, to correct the proper Plaintiff (specifically, Steven Pooley, as Successor in Interest of the Estate of Barbara Pooley, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Barbara Pooley is now deceased.

7.    A proposed First Amended Short Form Complaint is attached hereto as Exhibit "A".

8.    Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Steven Pooley, as Successor in Interest of the Estate of Barbara Pooley, Deceased, as Party Plaintiff for Barbara Pooley; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:20-cv-00780-RLY-TAB; and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: August 6, 2026

Respectfully submitted,

2

SIMON GREENSTONE PANATIER, P.C.

*/s/ Shreedhar R. Patel*
Shreedhar R. Patel
TX Bar No. 24074864
901 Main Street, Suite 5900
Dallas, TX 75202
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
Shreedhar.patel@sgptrial.com

*Attorney for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/ Shreedhar R. Patel*
Shreedhar R. Patel

*Attorney for Plaintiff*